**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

JERRY JAMES ELLIS
ADC #078658                                                                                                    PLAINTIFF

v.                                          2:22-cv-00107-LPR-JJV

GAYLON LAY, Warden,
Brickeys Unit, ADC, *et al.*                                                              DEFENDANTS

**RECOMMENDED DISPOSITION**

The following Recommended Disposition ("Recommendation") has been sent to United

States District Judge Lee P. Rudofsky.  Any party may serve and file written objections to this

Recommendation.  Objections should be specific and include the factual or legal basis for the

objection.  If the objection is to a factual finding, specifically identify that finding and the evidence

that supports your objection.  Your objections must be received in the office of the United States

District Court Clerk no later than fourteen (14) days from the date of this Recommendation.

Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

**I.      DISCUSSION**

Jerry James Ellis ("Plaintiff") is a prisoner in the Arkansas Division of Correction.  He has

filed a *pro se* Amended Complaint seeking relief pursuant to 42 U.S.C. § 1983.  (Doc. 5.)  On June

28, 2022 I denied Plaintiff's Application to Proceed *In Forma Pauperis* because he is a three-

striker, as defined by 28 U.S.C. § 1915(g), who is not in imminent danger of serious physical

injury.  (Doc. 10.)  I ordered Plaintiff to submit the $402 statutory and administrative filing fee in

full within twenty-one (21) days and warned him I would recommend dismissal if he failed to

timely do so.  (*Id*.)  Finally, I informed Plaintiff of his obligation to maintain a valid mailing

address with the Court and the possibility that his lawsuit could be dismissed if he did not do so. (*Id.*)

The deadline has now passed, and Plaintiff has not paid the fee or otherwise responded to my Order. And, because he has not maintained a valid mailing address with the Court, it would be futile to grant him an extension of time to comply with my instructions. (Doc. 11.) Accordingly, Plaintiff's Amended Complaint should be dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

## II.   CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1.   The Amended Complaint (Doc. 5) be DISMISSED without prejudice, and this case be CLOSED.

2.   The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

Dated this 2nd day of August 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

2