IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JERRY JAMES ELLIS**  **PLAINTIFF**
**ADC #078658**

v.    Case No. 2:22-cv-107-LPR

**GAYLON LAY, Warden,**
**Brickeys Unit, ADC, et al.**  **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("RD") from United States Magistrate Judge Joe J. Volpe and Plaintiff's objections.[1] After a careful review of all the objections (however titled) and a *de novo* review of the RD and the entire record, the Court adopts the RD in its entirety. Accordingly, Plaintiff's claims are dismissed without prejudice, and this case is closed. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would be frivolous and not in good faith.[2]

IT IS SO ORDERED this 12th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *See* Docs. 12–19, 21, 26–27, 29–30, 32.

[2] It is worth emphasizing here that, back in January of 2023, the Court explained to Mr. Ellis that it was having "enormous difficulty reading" his submissions and thus could not determine if the imminent danger exception to the three-strike rule applied. The Court asked for a clearer filing that would aid the Court's analysis. Unfortunately, the subsequent filings from Mr. Ellis have proven just as difficult to decipher as his original filings. In short, it is impossible to tell whether the imminent danger exception applies. While one can make out allegations that Plaintiff has been "jumped" by other inmates, it is impossible to figure out how this lawsuit would remedy some imminent future harm. The lawsuit appears to principally seek damages; and the passing request to injunctive relief (Doc. 5-1 at 19) is too unclear to be linked to some future imminent harm.