IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JERRY JAMES ELLIS** **PLAINTIFF**
ADC #078658

v.  Case No. 2:22-cv-107-LPR

**GAYLON LAY, Warden,**
**Brickeys Unit, ADC, et al.** **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims are dismissed and this case is closed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would be frivolous and not in good faith.

IT IS SO ADJUDGED this 12th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE